1  Edward W. Burns CA Bar No. 201913
   BURNS & SCHALDENBRAND
2  509 North Coast Highway
   Oceanside, California  92054
3  Telephone: 760-453-2189
   Facsimile: 760-453-2194
4  ewburns@bsrlawyers.com

JS-6

5  Attorneys for Plaintiff WHEEL PROS, LLC

8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEEL PROS, LLC.<br><br>            Plaintiff,<br><br>    v.<br><br>ADEPT DISTRIBUTION, LLC., and DOES 1-25,<br>            Defendants. | Case No. 2:14-cv-00449-FMO-MRW<br><br>Case Assigned to Fernando M. Olguin<br><br> ORDER ON<br>**STIPULATED DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:     June 18, 2012 |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---------------------------------------------------------------------- 1----------------------------------------------------------------------

**STIPULATED DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: January 9, 2015

                BURNS & SCHALDENBRAND

                BY: /S/ EDWARD BURNS
                      Edward W. Burns, Esq.
                      Attorneys for Plaintiff WHEEL PROS. LLC

DATED: January 9, 2015

                LANDVER LAW CORPORATION, APC

                By: /s/ ALINA LANDVER
                      Alina Landver, Esq.
                      Attorney for Defendant ADEPT DISTRIBUTION. LLC

IT IS SO ORDERED.

DATED: January 12, 2015

/s/ Fernando M. Olguin
_____
UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL WITHOUT PREJUDICE**